IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
2004 APR 15 PM 1: 01

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>PERRY COMMUNITY SCHOOL DISTRICT, RANDY MCCAULLEY, Individually and in his official capacity as Superintendent of Perry Community School District, DAN MARBURGER, Individually and in his official capacity as Principal of the Perry High School, BOB GITTENS, Individually and in his official capacity as Associate Principal of the Perry High School, and JERRY "PAT" JANS, Individually and in his official capacity as School Resource Officer in the Perry Community School District, and individually and in his official capacity as a police officer for the Perry, Iowa Police Department, and the CITY OF PERRY, IOWA,<br><br>    Defendants. | LAW NO. 4:04-CV-40161<br><br><br>**JOINDER IN THE DEFENDANTS' BRIEF IN RESISTANCE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**COME NOW** the Defendants Jerry "Pat" Jans, individually and in his official capacity as School Resource Officer in the Perry Community School District, and individually and in his official



capacity as a police officer for the Perry, Iowa Police Department, and the City of Perry, Iowa and hereby joins in and adopts the Brief in Resistance to Plaintiff's Motion for Preliminary Injunction submitted on behalf of Defendants, Perry Community School District, Randy McCaulley, Dan Marburger and Bob Gittens.

**PATTERSON, LORENTZEN, DUFFIELD, TIMMONS, IRISH, BECKER & ORDWAY, L.L.P.**
729 Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA 50309-2390
Telephone: 515-283-2147
Facsimile: 515-283-1002
E-mail: hperkins@pattersonfirm.com


By: _____
    HARRY PERKINS III    PK0004307
    **ATTORNEY FOR DEFENDANTS JERRY "PAT" JANS, THE PERRY, IOWA POLICE DEPARTMENT, AND THE CITY OF PERRY, IOWA**

Original filed.

Copies to:

Robert Montgomery
Cummins Mansion, Suite 200
2404 Forest Drive
Des Moines, Iowa 50312
**ATTORNEY FOR PLAINTIFF**

Kirk C. Quinn
John D. Jordan
Jordan & Mahoney, Jordan
 & Quinn, P.C.
615 Story Street
PO Box 219
Boone, Iowa 50036
**ATTORNEYS FOR DEFENDANTS**
**PERRY COMMUNITY SCHOOL DISTRICT,**
**RANDY MCCAULLEY, DAN MARBURGER, BOB**
**GITTENS AND JERRY 'PAT' JANS**

---

*CERTIFICATE OF SERVICE*

The undersigned certifies that the above document was served upon all parties to the above cause to each of the attorneys of record or an unrepresented party herein at their respective addresses disclosed on this pleading on April ⸌5⸍, 2004.

By:  ☐ U.S. Mail          ☐ FAX
     ☒ Hand Delivered     ☐ Overnight Courier
     ☐ Certified Mail     ☐ Other

Signature _Dawn Redlin_