FILED
DES MOINES, IOWA
2004 JUL 29 PM 1:48
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **TYLER ROTHMEYER,** | : |
| Plaintiff, | : |
| | : NO. 4:04-CV-40161 |
| vs. | : |
| **PERRY COMMUNITY SCHOOL DISTRICT, RANDY MCCAULLEY,** Individually and in his official capacity as Superintendent of Perry Community School District, **DAN MARBURGER,** Individually and in his official capacity as Principal of the Perry High School, **BOB GITTENS**, Individually and in his official capacity as Associate Principal of the Perry High School, and **JERRY "PAT" JANS**, Individually and in his official capacity as School Resource Officer in the Perry Community School District, and individually and in his official capacity as a police officer for the Perry, Iowa Police Department, and the **CITY OF PERRY, IOWA,** | : **PLAINTIFF'S SATISFACTION OF JUDGMENT AGAINST THE DEFENDANTS PERRY COMMUNITY SCHOOL DISTRICT, RANDY MCCAULLEY, DAN MARBUGER, AND BOB GITTENS** |
| Defendants. | : |

WHEREAS, a Judgment is entered in the above action on the 7th day of July, 2004 in favor of Tyler Rothmeyer and against Perry Community School District, Randy McCaulley, Dan Marburger, and Bob Gittens in the amount of twenty thousand ($20,000.00) dollars inclusive of all costs and attorney fees.

Said Judgment has now been fully paid and the Plaintiff certifies that there are no outstanding executions with any Sheriff or Marshal.



THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make any entry of the full and complete satisfaction on the docket of said judgment.

_____
TYLER ROTHMEYER, PLAINTIFF

MONTGOMERY LAW OFFICE

Witnessed and Signed: _____
Brandon Brown PK0017807
Cummins Mansion, Suite 200
2404 Forest Drive
Des Moines, Iowa 50312
(515) 255-8830
(515) 255-8844 (FAX)
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on the 28 day of July, 2004.

By:   ☐ U.S. Mail        ☒ Facsimile
      ☐ Personal Service ☐ Overnight Courier
      ☐ Certified Mail   ☐ Other _____

Signed: _____

Copies to:

Kirke C. Quinn
ATTORNEY FOR PERRY COMMUNITY
SCHOOL DISTRICT, RANDY MCCAULLEY,
DAN MARBURGER, AND BOB GITTENS

Harry Perkins, III
ATTORNEY FOR DEFENDANT
JERRY "PAT" JANS AND
CITY OF PERRY, IOWA